UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2168 FMO (JCGx) | Date | August 6, 2013 |
|---|---|---|---|
| Title | Daniel Swain, et al. v. Air & Liquid Systems Corporation, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Julieta Lozano | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Union Carbide Corporation's Motion for Summary Judgment

    Having reviewed defendant Union Carbide Corporation's ("Union Carbide") Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment ("Motion") and supporting documents, the court concludes as follows. Pursuant to the Court's Order Entering Scheduling Dates of December 20, 2013 ("Scheduling Order"), "[a]ny motion for summary judgment shall be filed in compliance with the Local Rules, as well as our Order Re: Summary Judgment Motions ("MSJ Order") . . . , by no later than July 31, 2013[.]" (Scheduling Order at 1). The Court's MSJ Order provides that any motion for summary judgment shall be filed "in no event less than twenty days after the [Local Rule] 7-3 conference has taken place." (MSJ Order at 2). The Scheduling Order additionally states that "[a]ny untimely or non-conforming motion will be denied." (Scheduling Order at 1).

    Union Carbide acknowledges that no meet-and-confer took place prior to filing the Motion. (See Union Carbide's Notice of Motion at 3-4; see, generally, Declaration of J. Alan Warfield in Support of Motion, Exh. X (Declaration of John H. Shimada in Support of Defendants Union Carbide and CertainTeed Corporation's Ex Parte Application for Order Extending Time for Meet and Confer Regarding Motions for Summary Judgment ("Shimada Decl."))). Indeed, Union Carbide's counsel "did not send plaintiffs' counsel a letter regarding the subject of a meet and confer" in advance of the meet-and-confer deadline of twenty days prior to the motion cutoff of July 31, 2013. (Shimada Decl. at ¶ 3). Accordingly, IT IS ORDERED THAT Union Carbide's Motion **(Document No. 366)** is **denied as untimely**.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | jloz |