**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2168 FMO (JCGx) | Date | September 10, 2013 |
|---|---|---|---|
| Title | Daniel Swain, et al. v. Air & Liquid Systems Corporation, et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Julieta Lozano | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   **(In Chambers) Order Re: Alfa Laval Inc.'s Motion for Summary Judgment**

    Pursuant to the Order of Dismissal of Defendant Alfa Laval Inc., filed August 19, 2013, IT IS ORDERED THAT Alfa Laval Inc.'s Motion for Summary Judgment, or Alternatively, Partial Summary Judgment **(Document No. 365)** is **vacated**.

00 : 00

Initials of Preparer   jloz