**K&L GATES LLP**
10100 Santa Monica Boulevard,
7th Floor
Los Angeles, California 90067-4104
Telephone: 310.552.5000
Facsimile: 310.552.5001

Geoffrey M. Davis (SBN 214692)
geoff.davis@klgates.com
Daniel S. Hurwitz (SBN 235260)
daniel.hurwitz@klgates.com

Attorneys for Defendant **CRANE CO.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SWAIN, an individual; and KATHY SWAIN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.<br><br>Defendants.<br>_____ | CASE NO. 12-CV-02168-FMO-JCG<br><br>Assigned to the Hon. Fernando M. Olguin<br><br>**ORDER RE STIPULATION IN LIEU OF DEFENSE MOTION IN LIMINE No. 4 TO EXCLUDE STUDIES AND WORK PRACTICE SIMULATIONS OF MATERIAL ANALYTICAL SCIENCE**<br><br>[*Proposed order filed Concurrently Herewith*]<br><br>Date: September 27, 2013<br>Time: 10 am<br>Ctrm: 22<br>Trial: October 5, 2013 |

ORDER RE STIPULATION IN LIEU OF DEFENSE MOTION IN LIMINE No. 4 TO EXCLUDE STUDIES AND
WORK PRACTICE SIMULATIONS OF MATERIAL ANALYTICAL SCIENCE

LA-543817 v1

Pursuant to the stipulation of the parties, it is hereby ordered that the above captioned action is granted as to the below:

1. Plaintiffs will not present any visuals, whether still or on video, related to any gasket or packing work practice simulations created by William Longo, Ph.D. or others at Material Analytical Science ("MAS") at any point in trial in this matter;

2. Plaintiffs will not reference to results of any MAS work practice simulations during direct examination of their own experts, or during opening statements or closing arguments at trial in this matter;

3. Plaintiffs' experts will not volunteer or testify to the results of any MAS work practice simulations during direct examination at trial in this matter;

4. Defendants will not seek to exclude the opinions of Plaintiffs' experts on *Daubert* grounds on the basis of the experts' reliance upon MAS work practice studies in the formation of their opinions; and

5. Nothing in this stipulation bars plaintiffs from referencing MAS studies during cross examination of defense expert witnesses, or defendants from referencing the studies while cross-examining plaintiffs' witnesses at trial in this matter.

6. All parties further stipulate and agree that the filing of this executed stipulation and agreement will effect and complete the withdrawal of defendants' joint motion in limine #4 (styled: "Defendants' Notice Of Motion And Motion In Limine No.4 To Exclude Evidence Of Studies By Material Analytical Science"), including all pleadings and exhibits in support thereof, the Court thereupon being relieved of the necessity of reviewing and ruling upon the motion.

IT IS SO ORDERED.

Dated:  September 16, 2013

/s/
Hon. Fernando M. Olguin
United States District Court Judge

ORDER RE: STIPULATION IN LIEU OF DEFENSE MOTION IN LIMINE No. 4 TO EXCLUDE STUDIES AND WORK PRACTICE SIMULATIONS OF MATERIAL ANALYTICAL SCIENCE

DS (2013-09-13) Order re Stipulation to MIL 4 (MAS Studies) (FINAL).doc