## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2168 FMO (JCGx) | Date | September 19, 2013 |
|---|---|---|---|
| Title | Daniel Swain, et al. v. Air & Liquid Systems Corporation, et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Julieta Lozano | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order Re: Defendants Motions for Summary Judgment

    Having reviewed the briefing filed with respect to defendants' pending motions for summary judgment, the court believes that there may be genuine issues of fact as to each motion. Additionally, the court is cognizant of the fact that on April 10, 2013, plaintiff Daniel Swain's oncologist, Doug Michaelsen, signed a declaration attesting that there was substantial medical doubt that plaintiff would survive beyond an additional six months. (See Declaration of Doug Michaelsen, M.D. in Support of Plaintiffs' Motion for an Expedited Trial Date or in the Alternative, Motion to Modify the Scheduling Order at ¶ 13). Trial is set for October 15, 2013, and will not, absent unusual or exceptional circumstances, be continued. Under the circumstances, the court will deny the pending summary judgment motions without prejudice and proceed to trial as scheduled. Defendants are free to raise the issues contained in the summary judgment motions in the context of a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50.

    Accordingly, IT IS ORDERED THAT:

    1. Defendant The WM. Powell Company's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment **(Document No. 361)** is **denied without prejudice**.

    2. Defendant York International Corporation's Motion for Summary Judgment **(Document No. 364)** is **denied without prejudice.**

    3. Defendant Crane Co.'s Amended Motion for Summary Judgment or Partial Summary Judgment **(Document No. 375)** is **denied without prejudice**.

    4. Defendant Kelly-Moore Paint Company, Inc.'s Amended Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment **(Document No. 377)** is **denied without prejudice**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-2168 FMO (JCGx)** | Date | **September 19, 2013** |
|---|---|---|---|
| Title | **Daniel Swain, et al. v. Air & Liquid Systems Corporation, et al.** | | |

    5.  Defendant Carrier Corporation's Amended Motion for Summary Judgment **(Document No. 378)** is **denied without prejudice**.

                                                                                         00  :  00

Initials of Preparer                 jloz